

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : SEALED |
| | : |
| v. | : CRIMINAL NO. 3:21-CR- 52(CAR) |
| | : |
| DANIEL LUMPKINS, | : VIOLATION(S): |
| | : 21 U.S.C. § 841(a)(1) |
| Defendant. | : 21 U.S.C. § 841(b)(1)(C) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**(Possession with Intent to Distribute Cocaine Base)**

That on or about June 18, 2021, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**DANIEL LUMPKINS,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

PETER D. LEARY
UNITED STATES ATTORNEY

_____
MICHAEL D. MORRISON
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this __14__ day of December, AD 2021.

_____
Deputy Clerk