IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:21-CR-52-CAR-CHW |
| DANIEL LUMPKINS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON MOTION TO CONTINUE TRIAL

Before the Court is Defendant Daniel Lumpkins's Motion to Continue [Doc. 27] the pretrial hearing in this case presently scheduled for July 21, 2022, and the trial, which is set to begin on August 8, 2022, in Athens, Georgia. On December 14, 2021, the Grand Jury returned a one-count indictment charging Defendant with Possession with Intent to Distribute Cocaine Base. On January 13, 2022, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and was detained pending trial. The Government does not oppose Defendant's current request for a continuance.

In the Motion, Defense Counsel requests a continuance so that a hearing on Defendant's Motion to Suppress can be scheduled. Having considered the matter, the Court finds it serves the ends of justice to grant the parties' request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue [Doc. 27] is **GRANTED**, and **IT IS HEREBY**

**ORDERED** that this case be continued until October 24, 2022, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

Once briefing is completed, the Court will schedule a hearing on Defendant's Motion to Suppress.

**SO ORDERED,** this 11th day of July, 2022.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
